# In the United States Court of Federal Claims

**No. 03-1417 L**

**E- Filed: October 3, 2006**

**REED and BARBARA FERRARI, husband and wife; DR. TERRY and NANCY LAURITSEN, husband and wife;l JOE REYES, JR. and LUCY REYES, husband and wife; WILLIAM F. TAYLOR, an individual; and THE GRAY LIVING TRUST, Robert and Jean Gray, Trustees**

**v.**

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the court's Opinion and Order filed September 29, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

October 3, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.